**John P. WINDFELDT, Petitioner–Appellant,**

**v.**

**Charles L. RYAN, et al., Respondents–Appellees.**

**No. 08–17399.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

John P. Windfeldt, Florence, AZ, pro se.

Robert Anthony Walsh, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondents–Appellees.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Arizona state prisoner John P. Windfeldt appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Windfeldt contends that he was denied his Sixth Amendment right to the effective

ingly, Windfeldt's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

assistance of counsel during plea negotiations because counsel failed to adequately advise him of all the mental states included in the second-degree murder charge. The state court's conclusion that Windfeldt did not show a reasonable probability that, but for counsel's deficient performance, he would have accepted the plea offer, was neither contrary to, nor an unreasonable application of, clearly established federal law, nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. *See* 28 U.S.C. § 2254(d); *Hill v. Lockhart,* 474 U.S. 52, 58–59, 106 S.Ct. 366, 88 L.Ed.2d 203 (1985).

Windfeldt's requests for transcripts are denied.

**AFFIRMED.**